TERRY L. GILBEAU, Esq. (SBN 275965)
LAW OFFICES OF TERRY L. GILBEAU
5701 Lonetree Boulevard, Suite 304
Rocklin, CA 95765
Telephone 916/626-5539
Fax 916/626-5550
tgilbeau@gilbeaulaw.com

Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TIM MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>ANG TRANSPORT INC.,<br>TUFF MACHINERY LLC, SUSAN MOORE,<br>individually and d/b/a Moore<br>Transportation Services, and<br>DOES 1 through 10, inclusive<br><br>    Defendants | **CASE # 2:18-cv-02490**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE; ORDER** |

**WHEREAS**, no defendant has filed an answer or a motion for summary judgment in this action, and,

**WHEREAS**, no cross-complaint or counter-claim has been filed in this action.

Notice of Voluntary Dismissal without Prejudice - 1

**NOW, THEREFORE,** Plaintiff, Tim Moore, hereby dismisses this action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure §41(a)(1)(A)(i).

Dated: November 5, 2018   LAW OFFICES OF TERRY L. GILBEAU

               /s/ Terry L. Gilbeau

               _____
               Terry L. Gilbeau
               Attorney for the Plaintiff

## **ORDER**

Upon request of Plaintiff and good cause appearing, it is hereby ordered that this action be and hereby is dismissed without prejudice in its entirety. The Clerk is directed to close this action.

IT IS SO ORDERED.

Dated: November 6, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE